THE PEOPLE OF. THE STATE OF NEW YORK, Respondent, v. JACK DRUCKER, Appellant.— Defendant appeals from a judgment of the County Court of Sullivan County convicting him of the crime of murder in the second degree. The principal contentions made by appellant are that the verdict is against the weight of the evidence and that the court erred in its instructions to the jury on what constitutes an accomplice and on the question of corroboration. The evidence against defendant comes largely from the mouths of criminals. In view of the nature of the corroborative testimony produced by the prosecution we may not say that the verdict is against the weight of the evidence. There are no errors of law which require a reversal of the judgment. Judgment of conviction affirmed. All concur.

In the Matter of the Accounting of FLORENCE E. FRASER, as Administratrix of the Estate of MARTIN J. FRASER, Deceased, Respondent. IRENE FRASER et al., Appellants.— Appeal from a decree of the Surrogate's Court, St. Lawrence County, determining the identity of those entitled to take under intestacy. Decree affirmed, with costs. All concur.

THOMAS J. PITTS, as Administrator of the Estate of BARBARA J. PITTS, Deceased, Respondent, v. UNITED TRACTION COMPANY, Appellant.— Appeal from a judgment in favor of the plaintiff, entered upon the verdict of a jury in the sum of $5,000, after a trial in the Supreme Court of Albany County. The only issues raised on appeal are: (1) whether there was evidence of negligence on the part of the defendant's motorman sufficient to sustain the verdict; or (2) whether the verdict was against the weight of evidence. There was conflicting testimony as to the speed of the trolley car, and on the issue of whether signals were given. The street where the accident happened is narrow and congested. It was known to the motorman that numerous small children were playing on both sides of the street. He was bound to exercise care commensurate with risks to be reasonably anticipated from the heedlessness of children under such circumstances. We think on all the proof that there was sufficient to sustain the verdict of the jury, and that their verdict was not against the weight of the evidence. Judgment affirmed, with costs. All concur.